UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:

CARL W. ADAMS,

      Plaintiff,

v.

UNITED STATES OF AMERICA,

      Defendant.
_____/

## COMPLAINT

1. This is a civil action seeking money damages against Defendant UNITED STATES OF AMERICA, pursuant to the Federal Tort Claims Act (FTCA), 28 U.S.C. § 2671 et seq. The United States District Court for the Southern District of Florida has jurisdiction of this action under 28 U.S.C. § 1331 and 28 U.S.C. § 1346.

2. Plaintiff CARL W. ADAMS has fully complied with all conditions precedent to bringing this action imposed by the Federal Tort Claims Act (FTCA), 28 U.S.C. § 2671 *et seq.*, and 28 U.S.C. § 1346(b), and 28 U.S.C. § 2401(b), including the exhaustion of administrative remedies contained in 28 U.S.C. § 2675(a). Plaintiff's notice of claim was sent by certified mail, return receipt, on September 29, 2016. *Standard Form 95 attached as Exhibit 1.* There has been no administrative denial of the Plaintiff's claim by the United States Department of Health and Human Services, and more than six-months has elapsed. *Taumby v. U.S.*, 919 F.2d 69, 70 (8th Cir. 1990) ("[T]here is no time limit for the filing of an FTCA action when an administrative claim is deemed to be denied under 28 U.S.C. § 2675(a) (1988) by virtue of an agency's failure to finally dispose of the claim within six months"); *McCallister v. U.S. By and Through U.S. Dept. of Agriculture,*

*Farmers Home Admin.*, 925 F.2d 841, 843 (5th Cir.1991) (same); *Pascale v. U.S.*, 998 F.2d 186, 193 (3rd Cir.1993) (same); *Lehman v. U.S.*, 154 F.3d 1010, 1015 (9th Cir.1998) (same).

## PARTIES

3.  Plaintiff CARL W. ADAMS [hereinafter Plaintiff or Plaintiff ADAMS] is a citizen and resident of Indian River County, and the Southern District of Florida.

4.  Defendant UNITED STATES OF AMERICA through its agency, the United States Department of Health and Human Services, acted through the Treasure Coast Community Health Center, a FTCA Deemed Facility. The Treasure Coast Community Health Center is a Health Center Program grantee under 42 U.S.C. 254b, and a deemed Public Health Service employee under 42 U.S.C. 233(g)-(n), and acted by and through its agents, employees and servants, including John Kestranek, D.D.S.

5.  Plaintiff has also complied with the provisions of Florida Statute §766.106 and all conditions precedent to the filing of this action. Specifically, Plaintiff has provided a written Notice of Intent to Initiate a Medical Negligence Action to Treasure Coast Community Health, Inc., a FTCA Deemed Facility, c/o Vicki Soule, as registered agent, 2182 Ponce De Leon Circle, Vero Beach, FL 32960, by certified mail, return receipt requested, and regular U.S. Mail on September 22, 2016. Such notice was received September 26, 2016.

## FACTS

6.  On August 4, 2016, Plaintiff presented to the Treasure Coast Community Health Center located in Indian River County, Florida, for dental care, treatment, and evaluation of a molar in the lower left posterior quadrant.

7.  Plaintiff was seen by John Kestranek, D.D.S., and provided a medical history of

allergies, including allergic reaction to aspirin and Aleve, resulting in hives.

8. Both aspirin and Aleve are non-steroidal anti-inflammatory drugs (NSAID).

9. John Kestranek, D.D.S., negligently provided Plaintiff with a prescription for Ibuprofen, a non-steroidal anti-inflammatory drug (NSAID).

10. Plaintiff filled the prescription on August 5, 2016, and suffered a severe allergic reaction.

11. Plaintiff was seen in the emergency department at Sebastian River Medical Center on August 5, 2016 and given IV Benadryl.  Plaintiff acutely deteriorated and was intubated.

12. Plaintiff was admitted to the intensive care unit (ICU) and discharged home on August 7, 2016 with instructions not to take any further non-steroidal anti-inflammatories.

<b>CAUSES OF ACTION</b>

<b>COUNT I</b><br><b>FEDERAL TORT CLAIMS ACT (FTCA) AGAINST UNITED STATES OF AMERICA</b>

For his cause of action against Defendant UNITED STATES OF AMERICA in Count I, Plaintiff states:

13. Plaintiff realleges and adopts, as if fully set forth in Count I, the allegations of paragraphs 1 through 12.

14. The Treasure Coast Community Health Center and John Kestranek, D.D.S., owed a duty to the Plaintiff to exercise reasonable care in the treatment of Plaintiff's dental needs.

15. The care and treatment provided to Plaintiff was negligent and fell below the prevailing professional standard of care in that Plaintiff provided a medical history of allergies, including allergic reaction to aspirin and Aleve (resulting in hives), but was provided a prescription

for Ibuprofen, a non-steroidal anti-inflammatory drug. Based upon the foregoing, the Treasure Coast Community Health Center and John Kestranek, D.D.S., failed to prescribe an appropriate medication to Plaintiff and failed to protect Plaintiff from serious physical harm.

16. As a proximate result of the foregoing, Plaintiff suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

**WHEREFORE** Plaintiff prays for:

i. Judgment for compensatory damages of $50,000,000;

ii. Costs, fees, and other expenses pursuant to 28 U.S.C. § 2412; and

iii. Such other relief as this Honorable Court may deem just and appropriate.

**DATED** this 9th day of May, 2017.

By: *s/. Hugh L. Koerner*
Hugh L. Koerner
Florida Bar No.: 716952
Email: hlklaw@hughkoerner.com
Hugh L. Koerner, P.A.
Sheridan Executive Centre
3475 Sheridan Street, Suite 208
Hollywood, FL 33021
Telephone: (954) 522-1235
Facsimile: (954) 522-1176
*Attorney for Plaintiff Carl W. Adams*

4

## **CERTIFICATE OF GOOD FAITH**

      I, Hugh L. Koerner, as attorney for the Plaintiff herein, hereby state that a reasonable investigation of the incident herein complained of has given rise to a good faith belief that grounds exist for this action against the United States of America, based on the conduct of Treasure Coast Community Health Center and John Kestranek, D.D.S.

                                                  *s/. Hugh L. Koerner*
                                                  Hugh L. Koerner